**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-6266**

───────────

SIMEON BRIGGS,

        Plaintiff - Appellant,

    v.

KYLE ROSCH, Interstate Coordinator,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:22-cv-00690-MSN-WEF)

───────────

Submitted:  November 20, 2024                           Decided:  January 14, 2025

───────────

Before AGEE and BENJAMIN, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Simeon Briggs, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Simeon Briggs appeals the district court's order granting the defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. We have reviewed the order de novo and find no reversible error. *See Reyes v. Waples Mobile Home Park Ltd. P'ship*, 903 F.3d 415, 423 (4th Cir. 2018) (stating standard of review). Accordingly, we affirm the district court's order. *Briggs v. Rosch*, No. 1:22-cv-00690-MSN-WEF (E.D. Va. Feb. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*